Kevin S. Taylor (SBN 141875)
ktaylor@talawfirm.com
Jorge A. Martinez (SBN 190351)
jmartinez@talawfirm.com
Zachary D. Rutman (SBN 277258)
zrutman@talawfirm.com
TAYLOR | ANDERSON LLP
2 Park Plaza, Suite 200
Irvine, California 92614
Tel. No.: (949) 390-6500
Fax No.: (949) 390-6510

Attorneys for Cross-Defendant
FAMILY ASSISTANCE PROGRAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JENNIFER GERRIE, individually and as MAKAYLA MASSEY's Successor in Interest,<br><br>   Plaintiff,<br><br> vs.<br><br>COUNTY OF SAN BERNARDINO, TRELEISHA FINCH, CHRISTA BANTON, MICHAEL MASSEY, CALIFORNIA FAMILY LIFE CENTER, LORI REYNOLDS, LILLIAN GARCIA, BIANCA BLACK, FAMILY ASSISTANCE PROGRAM, DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 5:19-cv-01435 JGB (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO ADD CROSS-DEFENDANT FAMILY ASSISTANCE PROGRAM TO THE STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY** |
| MICHAEL MASSEY, individually and as personal representative of decedent; ESTATE OF MAKAYLA MASSEY,<br><br>   Counter-claimant,<br><br> vs.<br><br>COUNTY OF SAN BERNARDINO, TRELEISHA FINCH, CHRISTA BANTON, JENNIFER GERRIE, and DOES 1 to 15, inclusive,<br><br>   Counter-defendants, | |

*Caption Continued*

{00089861 }   [PROPOSED] ORDER GRANTING JOINT STIP AND REQUEST TO ADD FAMILY ASSISTANCE PROGRAM TO THE STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY

| | |
|---|---|
| COUNTY OF SAN BERNARDINO, | |
| Cross-claimant, | |
| vs. | |
| FAMILY ASSISTANCE PROGRAM, | |
| Cross-defendant. | |

## ORDER

The terms of the October 22, 2020 Stipulated Protective Order (document 155) shall apply to Defendant Family Assistance Program as if it was a signatory when it was entered.

Dated:   March 23, 2021

_____
Hon. Sheri Pym
United States Magistrate Judge